Arthur O. Lewis, Respondent, v. Western Union Telegraph Company, Appellant.— Judgment affirmed, with costs. All concurred.

Henry J. Mierke, as Administrator, etc., of Wilhelmina or Minnie Mierke, Deceased, Appellant, v. Jefferson County Savings Bank, Respondent.— Judgment affirmed, with costs. All concurred, except Kruse, J., who dissented.

Paul Mizak, Respondent, v. The Carborundum Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Carmene Marocchi, Respondent, v. Herbert W. Fitzgerald and Alexander Caldwell, Appellants.— Judgment and order affirmed, with costs. All concurred.

Litterio Maschetto, Respondent, v. Herbert W. Fitzgerald and Alexander Caldwell, Appellants.— Judgment and order affirmed, with costs. All concurred.

Catherine Gens, Appellant, v. Charles A. Baldwin, Respondent.— Judgment affirmed, with costs. All concurred.

Marjorie Pitkin, Respondent, v. Patrick Mulderry and Benjamin F. Mulderry and New York Central and Hudson River Railroad Company, Appellants.— Judgment and orders affirmed, with costs. All concurred, except Spring, J., who dissented as to the affirmance of the order setting aside the nonsuit as to Mulderry Brothers on the ground that at the time the nonsuit was granted no cause of action had been established against them. (*Blumenthal* v. *Lewy*, 82 App. Div. 535.)

In the Matter of the Application of Frederick M. Broadbooks, as Receiver of the Carnival Court Concession Company, a Domestic Corporation, Appellant, for the Removal of William E. Genno and Hilbert English, a Copartnership, Doing Business under the Name of Genno & English, Respondents, from Certain Premises in the City of Buffalo.— Judgment affirmed, with costs. All concurred.

Almira D Hulbert, Appellant, v. The Village of East Syracuse, Respondent.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals denied.

Onondaga County, Respondent, v. Daniel H. Strong and Others, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Leonard C. Kenen, Respondent, v. Superior Axle and Forge Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.